B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>District of Delaware | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Ezrani 2 Corp.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**DBA RUUM; DBA RUUM American Kid's Wear; DBA RUUM American Kids Wear; DBA RUUM American Kids Wear Outlet** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all)<br>**45-5596968** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**200 Park Avenue South**<br>**4th Floor**<br>**New York, NY**<br>ZIP Code **10003** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**New York** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor (if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ■ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors
| ☐ 1-49 | ☐ 50-99 | ■ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets
| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ■ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities
| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ■ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

| B1 (Official Form 1)(04/13) | Page 2 |
|---|---|
| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Ezrani 2 Corp.** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X_____<br>     Signature of Attorney for Debtor(s)          (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(04/13) Page 3

**Voluntary Petition**
*(This page must be completed and filed in every case)*

Name of Debtor(s):
Ezrani 2 Corp.

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X _/s/ John D. Demmy_____
Signature of Attorney for Debtor(s)
John D. Demmy
Printed Name of Attorney for Debtor(s)
Stevens & Lee
Firm Name

1105 N. Market Street, 7th Fl., Wilmington, DE 19801
Address

(302) 654-5180
Telephone Number
June 18, 2015
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _/s/ Seth Udasin_____
Signature of Authorized Individual
Seth Udasin
Printed Name of Authorized Individual
Chief Financial Officer
Title of Authorized Individual
June 18, 2015
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

## ACTION BY THE BOARD OF DIRECTORS
## OF EZRANI 2 CORP.

WHEREAS, it would be in the best interests of creditors for the Corporation to file a voluntary petition under Chapter 7 of the Bankruptcy Code (11 U.S.C. §§ 101 *et seq.*);

NOW, THEREFORE, BE IT:

RESOLVED, that in the judgment of the Board, it is desirable and in the best interest of this Corporation, its creditors, and other interested parties, that a petition be filed under the provisions of Chapter 7 of Title Eleven of the United States Code (the "Bankruptcy Code");

RESOLVED, that Seth Udasin, Chief Financial Officer (such officer being an "Authorized Officer"), is hereby authorized, empowered and directed, on behalf of the Corporation, to verify, execute and file a petition under Chapter 7 of the Bankruptcy Code with the bankruptcy court (the "Chapter 7 Case");

RESOLVED, that the Authorized Officer of the Corporation hereby is authorized, directed, and empowered, on behalf of and in the name of the Corporation, to do and perform all such acts and things, to execute and file all petitions, plans, pleadings, schedules, lists, statements, applications, documents, certificates and other papers, and to take such other steps as may be deemed necessary or desirable in order to conduct the Chapter 7 Case;

RESOLVED, that any and all actions heretofore or hereafter taken by the officers or directors of the Corporation in the name of and on behalf of the Corporation in furtherance of any or all of the foregoing resolutions are hereby ratified and confirmed in their entirety.

IN WITNESS WHEREOF, the undersigned, all of the members of the Board of Directors of the Corporation, have consented to the adoption of these resolutions as of this 10th day of June, 2015.

By: _____
Name: Ezra Dabah
Title: Chairman

By: _____
Name: Jason Yagoda
Title: Vice Chairman

By: _____
Name: Renee Dabah
Title: Director

United States Bankruptcy Court
District of Delaware

In re: Ezrani 2 Corp.
Debtor(s)

Case No. _____
Chapter 7

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---|
   | For legal services, I have agreed to accept | $ 119,500.00 |
   | Prior to the filing of this statement I have received | $ 119,500.00 |
   | Balance Due | $ 0.00 |

2. The source of the compensation paid to me was:

   ■ Debtor    ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ■ Debtor    ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   Representation of the debtor in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated: June __, 2015

David Neier
Winston & Strawn LLP
200 Park Avenue
New York, New York 10166

# United States Bankruptcy Court
## District of Delaware

In re: Ezrani 2 Corp.
Debtor(s)

Case No. _____
Chapter 7

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---|
   | For legal services, I have agreed to accept | $ 15,500.00 |
   | Prior to the filing of this statement I have received | $ 15,500.00 |
   | Balance Due | $ 0.00 |

2. The source of the compensation paid to me was:

   ☒ Debtor    ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ☒ Debtor    ☐ Other (specify):

4. ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   Representation of the debtor in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated: June 18, 2015

John Demmy
Stevens & Lee
1105 N. Market Street
Wilmington, DE 19801

## United States Bankruptcy Court
### District of Delaware

In re   Ezrani 2 Corp.                                              Case No. _____
                                    Debtor(s)                       Chapter    7

# VERIFICATION OF CREDITOR MATRIX

I, the Chief Financial Officer of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   6/18/15                              _____
                                             Seth Udasin/Chief Financial Officer
                                             Signer/Title

EZRANI 2 CORP.
200 PARK AVENUE SOUTH
4TH FLOOR
NEW YORK, NY 10003

360 MERCHANT SOLUTIONS, LLC
517 PAUL MORRIS DRIVE
SUITE A
ENGLEWOOD, FL 34223

A&G REALTY PARTNERS
445 BROADHOLLOW ROAD
SUITE 410
MELVILLE, NY 11747

ADDITION MANAGEMENT
7 RADFORD COURT
PRINCETON JUNCTION, NJ 08550

ADP TOTALSOURCE INC.
10200 SUNSET DRIVE
ATTN: VP-ASST GEN. COUNSEL
MIAMI, FL 33173

AE OUTFITTERS RETAIL COMPANY
150 THRONHILL DRIVE
ATTN: LEASE ADMINISTRATION
WARRENDALE, PA 15086-7528

AFA SOURCING
1 HUNG TO ROAD
SUITE 3116-18
KWUN TONG, KOWLOON, HK
CHINA

AHHMIGO, LLC
200 PARK AVENUE SOUTH
3RD FLOOR
NEW YORK, NY 10003

AMAZON SERVICES LLC
8329 WEST SUNSET ROAD
SUITE 220
LAS VEGAS, NV 89113

AMOS WEINBERG
ATTORNEY AT LAW
49 SOMERSET DRIVE SO.
GREAT NECK, NY 11020-1821

ANES, FRIEDMAN
52 DUANE STREET
7TH FLOOR
ATTN: CHARLES M. BALISTRERI
NEW YORK, NY 10007

ANGEL FABRICS PVT LTD
PLOT NO. 15, SECOR 25
FARIDABAD, HARYANA 121004
INDIA

ANTEBELLUM
175 VARRICK STREET
8TH FLOOR
NEW YORK, NY 10014

ARVIND LIMITED
GARMENT EXPS DIV # 26/2; 27/2
KENCHANAHILI VILLAGE
KENGERI HOBLI, BANGALORE 560056
INDIA

BAG ARTS, LLC
20 WEST 36TH STREET
5TH FLOOR
NEW YORK, NY 10018

BANK OF AMERICA
1447 NEW BRITAIN AVENUE
NEWINGTON, CT 06111

BELLWETHER PROPERTIES OF MA
C/O M.S. MANAGEMENT ASSOCS
225 WEST WASHINGTON STREET
INDIANAPOLIS, IN 46204-3438

BP TRUCKING INC.
P.O. BOX 386
ASHLAND, MA 01721

BRAINTREE PROPERTY ASSOCS LP
C/O M.S. MANAGEMENT ASSOCS
225 WEST WASHINGTON STREET
INDIANAPOLIS, IN 46204-3438

BRANDING BRAND, INC.
2313 EAST CARSON STREET
SUITE 100
PITTSBURGH, PA 15203

BRANDING BRAND.COM
2313 EAST CARSON STREET
SUITE 100
PITTSBURGH, PA 15203

BUERO NEW YORK
401 BROADWAY
SUITE 900
NEW YORK, NY 10013

C-AIR
9841 AIRPORT BLVD.
#1400
LOS ANGELES, CA 90045

C-CO TECHNOLOGY
87 SOUTH MAIN STREET
SUITE 4
NEWTOWN, CT 06470

CAPITAL ONE BANK
299 PARK AVENUE
22ND FL-LTR OF CREDIT DEPT
NEW YORK, NY 10171

CAREER GROUP/4H FLOOR TALE
10100 SANTA MONICA BLVD
SUITE 900
LOS ANGELES, CA 90067

CAROLE AND NATHALIE, LLC
3561 N. PROSPECT DRIVE
MIAMI, FL 33133

CEROS, INC.
48 WEST 21ST STREET
6TH FLOOR
NEW YORK, NY 10010

CHANNEL ADVISOR
C/O CA WASHINGTON LLC
3216 NE 45TH PLACE
SUITE 306W
SEATTLE, WA 98105

CHANNEL CONTROL MERCHANTS
6892 US HIGHWAY 49 N
HATTIESBURG, MS 39403

| | | |
|---|---|---|
| CHINA NATIONAL SILK I/E WUXI<br>HUA REN LAKE-VIEW INT'L TOWER<br>2288 TAIHU AVENUE<br>WUXI, JIANGSU<br>CHINA | CON EDISON<br>JAF STATION<br>P.O. BOX 1702<br>NEW YORK 10116-1702 | EZRA DABAH<br>35 PHEASANT RUN<br>GREAT NECK, NY 11024 |
| CHUNG FUNG FOOTWEAR<br>117 HOW MING STREET<br>RM. 3, 9/F, ENTREPOT CENTRE<br>KWUN TONG, KLN, HONG KONG<br>CHINA | COUNTY OF OAKLAND<br>1200 N. TELEGRAPH ROAD<br>PONTIAC, MI 48341-0479 | FARMINGTON TAX COLLECTOR<br>1 MONTEITH DRIVE<br>FARMINGTON, CT 06032 |
| CITIBANK<br>P.O. BOX 790142<br>SAINT LOUIS, MO 63179 | CUNNINGHAM, ESCOTT<br>257 PARK AVENUE SOUTH<br>9TH FLOOR<br>NEW YORK, NY 10010 | FEDEX<br>P.O. BOX 371461<br>PITTSBURGH, PA 15250-7461 |
| CITY CREEK PARKING<br>50 EAST SOUTH TEMPLE<br>SUITE 50<br>SALT LAKE CITY, UT 84147 | DIVERSIFIED DISTRIBUTION SYSTEMS<br>7351 BOONE AVENUE NORTH<br>MINNEAPOLIS, MN 55428 | FEDEX 29<br>P.O. BOX 94515<br>PALATINE, IL 60094-4515 |
| CLEANAWAY-DIV OF CINTAS<br>400 WEST MAIN STREET<br>SUITE 300<br>RIVERHEAD, NY 11901 | DONGGUAN EXCELLENCE FOOTWEAR<br>12 YONGFENG ST - CENTURY RD<br>BAIHAO 2ND INDUSTRIAL PARK<br>HOUJIE, DONGUAN, GUANGDONG<br>CHINA | FORERUN TRADING<br>26 SEQUIN ROAD<br>6-GIL<br>SEOCHO-GU, SEOUL 137-863<br>KOREA |
| CLUTCH<br>201 SOUTH MAPLE AVENUE<br>#250<br>AMBLER, PA 19002 | DUQUENSE LIGHT<br>PAYMENT PROCESSING CENTER<br>P.O. BOX 10<br>PITTSBURGH, PA 15230-0010 | FOSHAN WINNING ENTERPRISE<br>EAST HUAYUAN ROAD<br>ROOM K, 30TH FLOOR<br>FOSHAN, GUANGDONG<br>CHINA |
| COHN REZNICK<br>1212 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10036-1602 | EAST WIND SECURITIES, LLC<br>135 WEST 50TH STREET<br>NEW YORK, NY 10020 | FREIGHTQUOTE.COM<br>901 WEST CARONDELET DRIVE<br>KANSAS CITY, MO 64114 |
| COLOUR APPAREL COMPANY LTD<br>15-17 TAI YIP STREET<br>11/F WINFUL INDUSTRIAL BLD<br>KWUN TONG, KOWLOON, HK<br>CHINA | EBAY ENTERPRISE<br>7 SOUTH MAIN STREET<br>WILKES BARRE, PA 18701 | FUJIAN PUTIAN POWER RICH<br>FENGHUANG SHAN ST-LICHERG R<br>PHOENIX BUILDING - 10TH FL<br>CHENGXIANG, PUTIAN<br>CHINA |
| COMMERCIAL FIRE<br>2465 ST. JOHNS BLUFF ROAD S.<br>JACKSONVILLE, FL 32246 | EXPERIAN<br>955 AMERICAN LANE<br>SCHAUMBURG, IL 60173 | FULL FUTURE DISTRIBUTION<br>200 PARK AVENUE SOUTH<br>3RD FLOOR<br>NEW YORK, NY 10003 |
| COMPTROLLER OF MARYLAND<br>REV ADMIN DIVISION<br>110 CARROLL STREET<br>ANNAPOLIS, MD 21411-0001 | EXPERIAN MARKETING SOLUTIONS<br>955 AMERICAN LANE<br>SCHAUMBURG, IL 60173 | FUN EXPRESS, LLC<br>P.O. BOX 14463<br>DES MOINES, IA 50306-3463 |

| | | |
|---|---|---|
| FUNGYUN INC.<br>525 7TH AVENUE<br>SUITE 704<br>NEW YORK, NY 10018 | GST US, INC.<br>7887 WASHINGTON VILLAGE DRIVE<br>SUITE 300<br>DAYTON, OH 45459 | JED ROOT<br>333 SEVENTH AVENUE<br>9TH FLOOR<br>NEW YORK, NY 10001 |
| FUNNYFACE TODAY, INC.<br>381 PARK AVENUE SOUTH<br>SUITE 821<br>NEW YORK, NY 10016 | GUANGZHOU SEARRCO GARMENT<br>6/F F021 MINGAN ROAD<br>XIANG VILLAGE, NANPU, LUOXI<br>PANYU, GANGZHOU<br>CHINA | JERSEY CENTRAL POWER & LIG<br>P.O. BOX 3687<br>AKRON, OH 44309-3687 |
| GENERATION MODEL MGMT<br>20 WEST 20TH STREET<br>ROOM #1008<br>NEW YORK, NY 10011 | HENAN ZHONGCHENG TEXTILE<br>72 NONG YE ROAD<br>27 FL-EAST-BLDG A INT'L CENTRE<br>ZHENGZHOU<br>CHINA | JOSHEN PAPER OF CLEVELAND<br>P.O. BOX 643754<br>PITTSBURGH, PA 15264-3754 |
| GIBBONS ELECTRIC<br>189 BROADWAY<br>ARLINGTON, MA 02474 | HIMATSINGKA EXPORTS PVT LTD<br>G-10 SECTOR 11<br>GAUTAM BUDH NAGAR<br>NOLDA, UTAR PRADESH 201301<br>INDIA | JS GARMENTEX LTD<br>199 HONGWU ROAD<br>RM. 405, CHANGFA GINZA MANSI<br>NANGING<br>CHINA |
| GNM 1818, LLC<br>C/O GILA GOODMAN<br>521 PARK AVENUE<br>NEW YORK, NY 10065 | HISAO OKA<br>21 EAST 21ST STREET<br>#1B<br>NEW YORK, NY 10010 | K.S. BEST INTERNATIONAL<br>61 MODY ROAD<br>5/F MIRROR TOWER-UNITS 501,50<br>TSIM SHA TSHUI E, HOWLOON, H<br>CHINA |
| GOLDEN CITY PRODUCTS<br>WAH FUNG IND BLDG CTR 33-39<br>STAGE 2 BLK, G. 5/F<br>KWAI FUNG CREST, KWAI CHUNG, HK<br>CHINA | HUZHOU JINGWEI IMP & EXP<br>8 LINGXIN ROAD<br>LINGHU, HUZHOU ZHEJIANG<br>CHINA | KETER ENVIRON SERVICES<br>P.O. BOX 417468<br>BOSTON, MA 02241-7468 |
| GOOGLE<br>1600 AMPHITHEATRE PARKWAY<br>MOUNTAIN VIEW, CA 94043 | ILLINOIS DEPARTMENT OF REVENUE<br>RETAILERS OCCUPATION TAX<br>SPRINGFIELD, IL 62796-0001 | KETER ENVIRON SERVICES 2<br>P.O. BOX 417468<br>BOSTON, MA 02241-7468 |
| GRAB ANALYTICS<br>1100 GLENDON AVENUE<br>SUITE 800<br>LOS ANGELES, CA 90024 | INTERCALL<br>P.O. BOX 281866<br>ATLANTA, GA 30384-1866 | KETER ENVIRON SERVICES 3<br>P.O. BOX 417468<br>BOSTON, MA 02241-7468 |
| GRAND-V INTERNATIONAL<br>C/O PAO YUAN<br>CHUNG CHAN ROAD<br>CHUNG HO DISTRICT, NEW TAPEI CITY<br>TAIWAN | ISSAC DABAH<br>817 FIFTH AVENUE<br>15TH FLOOR<br>NEW YORK, NY 10065 | KEY BANK<br>P.O. BOX 94968<br>CLEVELAND, OH 44101-4968 |
| GREAT TIME (HK) INDUSTRIAL LTD.<br>15-17 TAI YIP STREET<br>5/F WINFUL INDUSTRIAL BUILDING<br>KWUN TONG, KOWTOON, HONG KONG<br>CHINA | JBC STYLE<br>108 WEST 39TH STREET<br>SUITE 710<br>NEW YORK, NY 10018 | KEY BANK<br>36 SOUTH STATE STREET<br>SALT LAKE CITY, UT 84111 |

| | | |
|---|---|---|
| KEY BANK<br>1510 W. GENESSEE STREET<br>SYRACUSE, NY 13204 | LYLOVE STUDIO<br>27 WEST 24 STREET<br>SUITE 801<br>NEW YORK, NY 10010 | MODE ADDYSON<br>17956 CH STREET<br>MARIE KIRKLAND, QC H9J215<br>CANADA |
| KING OF PRUSSIA ASSOCIATION<br>C/O KRAVCO SIMON COMPANY<br>234 MAILL BOULEVARD<br>KING OF PRUSSIA, PA 19406-2954 | MALL AT GURNEE MILLS, LLC<br>C/O M.S. MANAGEMENT ASSOCS<br>225 WEST WASHINGTON STREET<br>INDIANAPOLIS, IN 46204-3438 | MOOD MEDIA NORTH AMERICA<br>1703 WEST FIFTH STREET<br>AUSTIN, TX 78703 |
| KLIEGER-WEISS INFOSYSTEMS<br>2200 NORTHERN BOULEVARD<br>GREENVALE, NY 11548 | MASSACHUSETTS DEPT OF REVENUE<br>P.O. BOX 7010<br>BOSTON, MA 02204 | MOOD MEDIA NORTH AMERICA,LT<br>1703 WEST FIFTH STREET<br>AUSTIN, TX 78703 |
| KLIGER-WEISS INFOSYSTEMS<br>2200 NORTHERN BOULEVARD<br>GREENVALE, NY 11548 | METRO DOOR<br>3500 SUNRISE HIGHWAY<br>BUILDING 100, SUITE 210<br>GREAT RIVER, NY 11739 | MORRIS DABAH<br>30 EAST 65TH STREET<br>NEW YORK, NY 10065 |
| KRAVCO SIMON COMPANY<br>234 MALL BOULEVARD<br>KING OF PRUSSIA, PA 19406-2954 | METROPOLITAN TELECOMM<br>55 WATER STREET<br>31ST FLOOR<br>NEW YORK, NY 10041 | MOTIVIC, INC.<br>236 FIFTH AVENUE<br>6TH FLOOR<br>NEW YORK, NY 10001 |
| KRUSCH & MODELL<br>10 ROCKEFELLER PLAZA<br>NEW YORK, NY 10020 | METROPOLITAN TELECOMMS<br>P.O. BOX 1056<br>NEW YORK, NY 10268-1056 | NEW JERSEY DIV OF TAXATION<br>BANKRUPTCY SECTION<br>P.O. BOX 245<br>TRENTON, NJ 08695-0245 |
| LACKENBACH SIEGEL, LLP<br>ONE CHASE ROAD<br>LACKENBACH SIEGEL BUILDING<br>SCARSDALE, NY 10583 | MICHIGAN DEPT OF TREASURY<br>430 W. ALLEGAN STREET<br>LANSING, MI 48933 | NEW JERSEY NATURAL GAS<br>P.O. BOX 11743<br>NEWARK, NJ 07101-4743 |
| LAZARUS & LAZARUS<br>240 MADISON AVENUE<br>NEW YORK, NY 10016 | MIDDLETON GROUP<br>75 DENISON STREET<br>MARKHAM, ONTARIOC L3R 1B5<br>CANADA | NEW YORK MODEL MANAGEMEN<br>596 BROADWAY<br>SUITE 701<br>NEW YORK, NY 10012 |
| LEVEL 10<br>2495 PEMBROKE AVENUE<br>HOFFMAN ESTATES, IL 60169 | MILLER BROTHER STAFFING<br>928 PARK AVENUE<br>1ST FLOOR<br>MEADVILLE, PA 16335 | NINA FOOTWEAR CORP.<br>200 PARK AVENUE SOUTH<br>4TH FLOOR<br>NEW YORK, NY 10003 |
| LEVEL 10<br>P.O. BOX 88496<br>CHICAGO, IL 60680-1496 | MOAC MALL HOLDINGS LLC<br>60 EAST BROADWAY<br>BLOOMINGTON, MN 55425-5550 | NINA FOOTWEAR LTD<br>C/O NINA (CHINA) CORP<br>910 HUAKOI BDG-905-8-SHANGHER<br>NANCHANG DIST DONNGUAN CIT<br>CHINA |

| | | |
|---|---|---|
| NINA LUBARDA MODEL MNGMT<br>175 EAST 96TH STREET<br>24N<br>NEW YORK, NY 10128 | PENN ROSS JOINT VENTURE<br>M.S. MANAGEMENT ASSOCS<br>225 WEST WASHINGTON ST<br>INDIANAPOLIS, IN 46204-3438 | RED BOOK SOLUTIONS<br>4550 S. WINDEMERE STREET<br>ENGLEWOOD, CO 80110-5541 |
| NON-NEXUS STATES | PERSPECTIVES IMPRINT<br>3005 VENTURE COURT<br>EXPORT, PA 15632 | ROBINSON MALL<br>TERMINAL TOWER<br>50 PUBLIC SQUARE<br>SUITE 1360<br>CLEVELAND, OH 44113-2267 |
| NSTAR<br>P.O. BOX 660369<br>DALLAS, TX 75266-0369 | PIP MOBILE STORAGE SYS<br>2966 WILSON DRIVE NW<br>GRAND RAPIDS, MI 49534 | ROCKY MOUNTAIN POWER<br>P.O. BOX 26000<br>PORTLAND, OR 97256-0001 |
| NY DEPT TAX & FINANCE<br>OFFICE OF COUNSEL-BDG 9<br>W.A. HARRIMAN CAMPUS<br>ALBANY, NY 12227 | PREMIER STORE FIXTURES<br>400 OSER AVENUE<br>SUITE 350<br>HAUPPAUGE, NY 11788 | ROTH BROS., INC.<br>3847 CRUM ROAD<br>P.O. BOX 4209<br>YOUNGSTOWN, OH 44515-0209 |
| OEC LOGISTICS<br>133-33 BROOKVILLE BOULEVARD<br>ONE CROSS ISLAND PLAZA-STE 306<br>ROSEDALE, NY 11422 | PSE&G<br>P.O. BOX 14444<br>NEW BRUNSWICK, NJ 08906-4444 | RSVP CLOTHING<br>B-14 SUJAN SINGH PARK<br>NEW DELHI 110003<br>INDIA |
| OLYMPIC MALL SERVICES<br>P.O. BOX 800336<br>HOUSTON, TX 77280-0336 | PVR SOURCING<br>E4/6A MODEL TOWN 2<br>DEHLI 110009 INDIA | SALUS CAPITAL PARTNERS, LLC<br>197 FIRST AVENUE<br>SUITE 250<br>NEEDHAM HEIGHTS, MA 02494 |
| ORACLE AMERICA, INC.<br>500 ORACLE PARKWAY<br>ATTN: GEN. COUNSEL<br>REDWOOD CITY, CA 94065 | R.E.G. STYLING, INC.<br>3565 86TH STREET<br>APT. 5D<br>JACKSON HEIGHTS, NY 11372 | SCHWAB PACKAGING, LLC<br>147 LIBERTY DRIVE<br>LAKEWOOD, NJ 08701 |
| ORANGE & ROCKLAND UTILS<br>P.O. BOX 1005<br>SPRING VALLEY, NY 10977 | RAINBOW DUPLICATING<br>505 EIGHTH AVENUE<br>25TH FLOOR<br>NEW YORK, NY 10018 | SEE MANAGEMENT INC.<br>307 SEVENTH AVENUE<br>SUITE 1607<br>NEW YORK, NY 10001 |
| ORIENT INT'L BUSINESS<br>755 WEIHAI ROAD<br>FLOOR 7<br>SHANGHAI 200041<br>CHINA | RAPID TAG & LABEL<br>5 FIR COURT<br>SUITE 4<br>OAKLAND, NJ 07436 | SHISHI CITY JING XIN DRESS<br>ADD: BAOGAI SCIENCE PARK<br>PHASE 2<br>SHISHI CITY, FUJIAN PROVINCE<br>CHINA |
| PAO YUAN GARMENTS CORP.<br>NO. 3, LANE 616, SEC 2<br>CHUNG SHAN ROAD<br>CHUNG HO,NEW TAIPE CTY 23455<br>TAIWAN, R.O.C. | RB PRO OF NEW YORK, INC.<br>601 WEST 26TH STREET<br>SUITE 1310<br>NEW YORK, NY 10001 | SHOPPERTRACK RCT CORP<br>233 S. WACKER DRIVE<br>41ST FLOOR<br>CHICAGO, IL 60606 |

| | | |
|---|---|---|
| SHOPPERTRACK RCT CORPORATION<br>233 S. WACKER DRIVE<br>41ST FLOOR<br>CHICAGO, IL 60606 | STATE OF UTAH<br>TAX COMMISSION<br>210 NORTH 1950 WEST<br>SALT LAKE CITY, UT 84134 | TEXAS COMPTROLLER<br>P.O. BOX 13528<br>CAPITAL STATION<br>AUSTIN, TX 78711-3528 |
| SILLS, CUMMIS & GROSS, LLP<br>101 PARK AVENUE<br>28TH FLOOR<br>NEW YORK, NY 10178 | STATE OF WISCONSIN<br>DEPARTMENT OF REVENUE<br>P.O. BOX 8949<br>MAIL STOP 5-77<br>MADISON, WI 53708-8949 | THE BROMLEY GROUP<br>15 WEST 26TH STREET<br>3RD FLOOR<br>NEW YORK, NY 10010 |
| SKADDEN, ARPS<br>FOUR TIMES SQUARE<br>NEW YORK, NY 10036-6522 | STEPVISUAL COMMUNICATIONS<br>38 LAWRIDGE DRIVE<br>RYE BROOK, NY 10573 | THE CHEF'S AGENCY LLC<br>105 N. 3RD STREET<br>ROOM #207<br>BROOKLYN, NY 11249 |
| SORRENTI & SUTTON<br>365 BRIDGE STREET<br>#7M<br>BROOKLYN, NY 11201 | SWANSON, MARTIN & BELL, LLP<br>1860 WEST WINCHESTER ROAD<br>SUITE 201<br>ATTN: DAVID S. GOLES<br>LIBERTYVILLE, IL 60048 | THE FREIGHT RATE COMPANY<br>101 EXECUTIVE CIRCLE<br>DAYTONA BEACH, FL 32114 |
| SPEEDFC<br>P.O. BOX 1450<br>NW-8515<br>MINNEAPOLIS, MN 55485-8510 | SWBC INVESTMENT ADV SRVS<br>900 SOUTH CAPITAL OF TEXAS<br>SUITE 155<br>ATTN: RICHARD T. ALLISON<br>AUSTIN, TX 78746 | THE GUARDIAN INS-ANNUITY<br>7 HANOVER SQUARE<br>NEW YORK, NY 10004 |
| STATE OF CALIFORNIA<br>FRANCHISE TAX BOARD<br>P.O. BOX 942857<br>SACRAMENTO, CA 94257-0511 | SYSTEMS MAINTENANCE SERVS<br>10420 HARRIS OAKS DR<br>SUITE C<br>CHARLOTTE, NC 28269 | THE LANSCO CORPORATION<br>575 FIFTH AVENUE<br>30TH FLOOR<br>ATTN: ROBIN ABRAMS<br>NEW YORK, NY 10017 |
| STATE OF CALIFORNIA<br>BOARD OF EQUALIZATION<br>P.O. BOX 942879<br>SACRAMENTO, CA 94279-0090 | T-MOBILE<br>P.O. BOX 790047<br>SAINT LOUIS, MO 63179-0047 | THE RETIREMENT ADVANTAGE, IN<br>47 PARK PLACE<br>SUITE 850<br>APPLETON, WI 54914 |
| STATE OF CONNECTICUT<br>DEPT OF REVENUE<br>25 SIGOURNEY STREET<br>HARTFORD, CT 06102-5034 | TANGER OUTLETS-DEER PARK<br>3200 NORTHLINE AVENUE<br>SUITE 360<br>GREENSBORO, NC 27408 | THOMAS HINE LLP<br>41 SOUTH HIGH STREET<br>SUITE 1700<br>COLUMBUS, OH 43215-6101 |
| STATE OF MINNESOTA<br>SALES AND USE TAX DIV<br>MAIL STATION 6330<br>SAINT PAUL, MN 55146-6330 | TECHNOLOGY RECOVERY GRP<br>31390 VILING PARKWAY<br>WESTLAKE, OH 44145 | TOWN OF BURLINGTON<br>P.O. BOX 96<br>BURLINGTON, MA 01803 |
| STATE OF PENNSYLVANIA<br>BUREAU OF BUSINESS TAXES<br>P.O. BOX 280905<br>HARRISBURG, PA 17128-0904 | TERMINEX<br>P.O. BOX 742592<br>CINCINNATI, OH 45274-2592 | TRUST FBO CHANA DABAH<br>C/O RENEE DABAH, TRUSTEE<br>35 PHEASANT RUN<br>GREAT NECK, NY 11024 |

| | | |
|---|---|---|
| TRUST FBO EVA DABAH<br>C/O RENEE DABAH, TRUSTEE<br>35 PHEASANT RUN<br>GREAT NECK, NY 11024 | VILLAGE OF SCHAUMBERG<br>101 SCHAUMBERG COURT<br>SCHAUMBURG, IL 60193-1881 | WELLS FARGO<br>694 W. DEKAALB PIKE<br>JENKINTOWN, PA 19046 |
| TRUST FBO JOIA DABAH<br>C/O RENEE DABAH, TRUSTEE<br>35 PHEASANT RUN<br>GREAT NECK, NY 11024 | VISUAL RESOURCES<br>1950 BUTLER PIKE<br>#225<br>CONSHOHOCKEN, PA 19428 | WILHELMINA KIDS-CREATIVE MG<br>300 PARK AVENUE S<br>NEW YORK, NY 10010 |
| TRUST FBO MOSHE DABAH<br>C/O RENEE DABAH, TRUSTEE<br>35 PHEASANT RUN<br>GREAT NECK, NY 11024 | WASTE MANAGEMENT<br>415 DAY HILL ROAD<br>WINDSOR, CT 06095 | WILL SUCCESS INT'L<br>5F WINFUL IND BLDG<br>15-17 TAI YIP STREET<br>KWUN TONG, KOWLOON, HK<br>CHINA |
| TRUST FBO YAACOV DABAH<br>C/O RENEE DABAH, TRUSTEE<br>35 PHEASANT RUN<br>GREAT NECK, NY 11024 | WASTE MANAGEMENT 2<br>415 DAY HILL ROAD<br>WINDSOR, CT 06095 | WINTHROP & WEINSTINE, P.A.<br>CAPELLA TOWER<br>225 SO. SIXTH STREET-SUITE 35<br>ATTN: JUSTIN H. JENKINS<br>MINNEAPOLIS, MN 55402-4629 |
| TYCO INTEGRATED SECURITY<br>10405 CROSSPOINT BOULEVARD<br>ATTN: SENSOMATIC<br>INDIANAPOLIS, IN 46256 | WASTE MANAGEMENT 3<br>415 DAY HILL ROAD<br>WINDSOR, CT 06095 | WOLF & SAMSON PC<br>ONE BOLAND DRIVE<br>WEST ORANGE, NJ 07052 |
| ULINE<br>P.O. BOX 88741<br>CHICAGO, IL 60680-1741 | WASTE MANAGEMENT 4<br>415 DAY HILL ROAD<br>WINDSOR, CT 06095 | WOMEN'S MARKETING, INC.<br>P.O. BOX 2014<br>HICKSVILLE, NY 11802 |
| UNITED ILLUMINATING COMPANY<br>P.O. BOX 9230<br>CHELSEA, MA 02150-9230 | WASTE MANAGEMENT 5<br>415 DAY HILL ROAD<br>WINDSOR, CT 06095 | WOODFIELD MALL LLC<br>200 EAST LONG LAKE ROAD<br>P.O. BOX 200<br>BLOOMFIELD HILLS, MI 48303-0200 |
| UNITED PARCEL SERVICE<br>28013 NETWORK PLACE<br>CHICAGO, IL 60673-1280 | WASTE MANAGEMENT 6<br>415 DAY HILL ROAD<br>WINDSOR, CT 06095 | XIAMEN WELL-EAST CO., LTD<br>29F LIXIN PLAZA<br>90 HUBEN SOUTH ROAD<br>XIAMEN<br>CHINA |
| UNITED PARCEL SERVICE<br>P.O. BOX 7247-0244<br>PHILADELPHIA, PA 19170-0001 | WASTE MANAGEMENT 7<br>415 DAY HILL ROAD<br>WINDSOR, CT 06095 | XIAMENT HOME E<br>16F, YINGLONG BLDG<br>258 DONGDU ROAD<br>HUKU XIAMEN, FUJIAN PROV<br>CHINA |
| VERIZON WIRELESS<br>P.O. BOX 408<br>NEWARK, NJ 07101-0408 | WEBLEARNING.COM<br>333A ROUTE 46 WEST<br>SUITE 130<br>FAIRFIELD, NJ 07004 | XIN FA ENTERPRISES LIMITED<br>7A, 150 BOIUNDARY STREET<br>KOWLOON, HONG KONG |

YAHOO! INC.
14010 FNB PARKWAY
OMAHA, NE 68154


ZHANGJIAGANG KINGTOP
MIAOER ROAD
MIAOQIAO, ZHANGJIAGANG, JIANSU
CHINA


ZHEJIANG GOLD MULTIBILLION
1 CHANGQING ROAD
GANPU, HAIYAN, ZHEJIANG PROVINCE
CHINA